■ ROBERT MORGAN, Appellant, et al., Plaintiffs, v ALBERT GARRIDO, Respondent. [624 NYS2d 891] —Appeal by the plaintiff Robert Morgan from stated portions of an order of the Supreme Court, Orange County (Peter Patsalos, J.), dated August 5, 1993.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements, for reasons stated by Justice Peter Patsalos at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.